DONALD MASUDA, State Bar No. 096560
Attorney at Law
2214 21st Street
Sacramento, California 95818
Telephone: (916) 456-3030

Attorney for Defendant
IRMA ANACANI GONZALEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00096-JAM |
| Plaintiffs, | **STIPULATION AND ORDER AMENDING CONDITIONS OF RELEASE** |
| vs. | |
| IRMA ANACANI GONZALEZ, et al, | |
| Defendants. | |

DEFENDANT, IRMA ANACANI GONZALEZ, by and through her attorney of record, DONALD MASUDA, and PLAINTIFF, UNITED STATES OF AMERICA, by and through it attorney of record, Assistant U.S. Attorney, MICHAEL BECKWITH, agree and stipulate as follows:

The Conditions of Release, dated April 22, 2011, for Defendant IRMA ANACANI GONZALEZ, are amended and modified as follows:

Condition No. 13:

The single, one-sentence paragraph commencing with "**HOME DETENTION**" is deleted. That condition is modified by adding the following:

//////

1

STIPULATION AND ORDER AMENDING CONDITIONS OF RELEASE

**CURFEW**: You are restricted to your residence at all times except as directed and approved by the Pretrial Services officer.

Pretrial Services has no objections to the modification as the defendant has been in compliance with conditions of release. All other conditions shall remain in effect.

Dated: August 19, 2011

/s/ Donald Masuda
_____
DONALD MASUDA
Attorney for Defendant
IRMA ANACANI GONZALEZ

Dated: August 19, 2011

/s/ Michael Beckwith
_____
MICHAEL BECKWITH
Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated: August 22, 2011

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE