DONALD MASUDA, State Bar No. 096560
Attorney at Law
2214 21st Street
Sacramento, California 95818
Telephone: (916) 456-3030

Attorney for Defendant
IRMA ANACANI GONZALEZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00096-JAM |
| Plaintiffs, | **STIPULATION AND ORDER AMENDING CONDITIONS OF RELEASE** |
| vs. | |
| IRMA ANACANI GONZALEZ, et al, | |
| Defendants. | |

DEFENDANT, IRMA ANACANI GONZALEZ, by and through her attorney of record, DONALD MASUDA, and PLAINTIFF, UNITED STATES OF AMERICA, by and through its attorney of record, Assistant U.S. Attorney, PAUL HEMESATH, agree and stipulate as follows:

The Conditions of Release, dated April 22, 2011, for Defendant IRMA ANACANI GONZALEZ, and amended and modified by a STIPULATION AND ORDER AMENDING CONDITIONS OF RELEASE, filed on August 23, 2011, is further amended as follows:

The present Conditions of Release, as modified, are deleted in total and new AMENDED CONDITIONS OF RELEASE, attached hereto and dated February 23, 2012,

1
_____
STIPULATION AND ORDER AMENDING CONDITIONS OF RELEASE

become effective immediately.

        Pretrial Services has no objections to the modification as the defendant has been in compliance with conditions of release.

Dated: March 1, 2012

                        /s/ Donald Masuda
                        _____
                        DONALD MASUDA
                        Attorney for Defendant
                        IRMA ANACANI GONZALEZ

Dated: March 1, 2012

                        /s/ Paul Hemesath
                        _____
                        PAUL HEMESATH
                        Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated:  March 5, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2

STIPULATION AND ORDER AMENDING CONDITIONS OF RELEASE

**AMENDED CONDITIONS OF RELEASE**
**2:11-CR-0096-JAM**
**Gonzalez, Irma Anacani**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You shall submit to DNA testing as directed by the United States Attorney's Office;

5. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

6. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

7. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s).  However, medicinal marijuana, prescribed or not, may not be used;

8. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

9. You shall not obtain a passport or any other travel documents during the pendency of this case;

10. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

11. You shall not associate or have any contact with the co-defendants in this case, with the exception of Alejandro Fletes-Lopez (the father of the defendant's four children).  You may only contact Alejandro Fletes-Lopez only to discuss matters pertaining to your four children;

12. You shall submit to alcohol or drug testing as approved by the pretrial services officer.

**February 23, 2012**