```
BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
MICHAEL M. BECKWITH
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2932
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-cr-00096-JAM |
| Plaintiff, | STIPULATION AND ORDER |
| v. | DATE: April 23, 2013 |
| | TIME: 9:45 a.m. |
| ALEJANDRO FLETES-LOPEZ, et al., | COURT: Hon. John A. Mendez |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Michael Beckwith and Paul Hemesath, Assistant United States Attorneys, attorneys for plaintiff; Kenny Giffard and Donald Masuda, attorneys for defendant Irma Gonzalez; Olaf Hedberg, attorney for defendant German Velazquez; Dina Santos, attorney for defendant Mauricio Portillo; Gilbert Roque, attorney for defendant Guadalupe Reyes-Ontiveros; and Chris Cosca, attorney for Miguel Corona-Soria, that the previously-scheduled status conference date of April 23, 2013, be vacated and the matter set for status conference on June 4, 2013, at 9:45 a.m.

This request is made jointly by the government and defense in

order to permit time for continued preparation, including investigation, which is currently in progress, and plea negotiations. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

 Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), corresponding to Local Codes T2 [complex case] and T4 [reasonable time for defense counsel to prepare], from April 23, 2013, to and including June 4, 2013.

Dated: April 18, 2013   /s/ Paul Hemesath  
             Paul Hemesath  
             Assistant United States Attorney  
             Counsel for Plaintiff

Dated: April 18, 2013   /s/ Donald Masuda  
             DONALD MASUDA  
             Attorney for Defendant  
             IRMA GONZALEZ

Dated: April 18, 2013   /s/ Olaf Hedberg  
             OLAF HEDBERG  
             Attorney for Defendant  
             GERMAN GONZALEZ VELAZQUEZ

Dated: April 18, 2013   /s/ Dina Santos  
             DINA SANTOS  
             Attorney for Defendant  
             MAURICIO PORTILLO

Dated: April 18, 2013   /s/ Gilbert Roque  
             GILBERT ROQUE  
             Attorney for Defendant  
             GUADALUPE REYES-ONTIVEROS

Dated: April 18, 2013                    /s/ Chris Cosca
                                         CHRIS COSCA
                                         Attorney for Defendant
                                         MIGUEL CORONA-SORIA

## **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from April 23, 2013, up to and including June 4, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), and Local Codes T2 [complex case] and T4 [reasonable time for defense counsel to prepare]. It is further ordered that the April 23, 2013, status conference shall be continued until June 4, 2013, at 9:45 a.m.

Dated: 4/19/2013                         /s/ John A. Mendez
                                         Hon. John A. Mendez
                                         United States District Court Judge