BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
MICHAEL M. BECKWITH
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2932

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:11-cr-00096-JAM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | |
| v. | ) | DATE: September 10, 2013 |
| | ) | TIME: 9:45 a.m. |
| ALEJANDRO FLETES-LOPEZ, et al., | ) | COURT: Hon. John A. Mendez |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Michael Beckwith and Paul Hemesath, Assistant United States Attorneys, attorneys for plaintiff; Kenny Giffard and Donald Masuda, attorneys for defendant Irma Gonzalez; Olaf Hedberg, attorney for defendant German Velazquez; Dina Santos, attorney for defendant Mauricio Portillo; and Gilbert Roque, attorney for defendant Guadalupe Reyes-Ontiveros, that the previously scheduled status conference date of September 10, 2013, be vacated and the matter set for status conference on November 5, 2013, at 9:45 a.m.

This request is made jointly by the government and defense in

1

order to permit time for continued preparation, including
investigation, which is currently in progress, and plea negotiations.
The parties agree that the interests of justice served by granting
this continuance outweigh the best interests of the public and the
defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

Further, the parties agree and stipulate the ends of justice
served by the granting of such a continuance outweigh the best
interests of the public and the defendants in a speedy trial and that
time within which the trial of this case must be commenced under the
Speedy Trial Act should therefore be excluded under 18 U.S.C.
sections 3161(h)(7)(A) and (B)(iv), corresponding to Local Codes T2
[complex case] and T4 [reasonable time for defense counsel to
prepare], from September 10, to and including November 5, 2013.


Dated: September 6, 2013            /s/ Paul Hemesath
                                    Paul Hemesath
                                    Assistant United States Attorney
                                    Counsel for Plaintiff

Dated: September 6, 2013            /s/ Donald Masuda
                                    DONALD MASUDA
                                    Attorney for Defendant
                                    IRMA GONZALEZ

Dated: September 6, 2013            /s/ Olaf Hedberg
                                    OLAF HEDBERG
                                    Attorney for Defendant
                                    GERMAN GONZALEZ VELAZQUEZ

Dated: September 6, 2013            /s/ Dina Santos
                                    DINA SANTOS
                                    Attorney for Defendant
                                    MAURICIO PORTILLO

Dated: September 6, 2013            /s/ Gilbert Roque
                                    GILBERT ROQUE
                                    Attorney for Defendant
                                    GUADALUPE REYES-ONTIVEROS

# **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.  Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161.  In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from September 10, 2013, up to and  including November 5, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), and Local Codes T2 [complex case] and T4 [reasonable time for defense counsel to prepare].  It is further ordered that the September 10, 2013, status conference shall be continued until November 5, 2013, at 9:45 a.m.

Dated: 9/9/2013                      /s/ John A. Mendez
                                     Hon. John A. Mendez
                                     United States District Court Judge