BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11 CR 00096 JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| GUADALUPE REYES-ONTIVEROS, ET AL., | DATE: November 5, 2013 |
| Defendants. | TIME: 9:45 a.m. |
| | COURT: Hon. John A. Mendez |

**STIPULATION**

1. By previous order, this matter was set for status on November 5, 2013.

2. By this stipulation, defendants now move to continue the status conference until December 10, 2013, and to exclude time between November 5, 2013, and December 10, 2013, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes hundreds of pages of written reports, three data-intensive wiretap discs, and dozens of images. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendants desire additional time to consult with their respective clients, review the evidence, and weigh the possibility of settlement.

c)   Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)   The government does not object to the continuance.

e)   Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 5, 2013 to December 10, 2013, inclusive, is deemed excludable pursuant to excluded under 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), corresponding to Local Codes T2 [complex case] and T4 [reasonable time for defense counsel to prepare], because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 1, 2013           BENJAMIN B. WAGNER
                                   United States Attorney

                                   /s/ PAUL A. HEMESATH
                                   PAUL A. HEMESATH
                                   Assistant United States Attorney

Dated:  November 1, 2013           /s/ Donald Masuda
                                   Donald Masuda
                                   Counsel for Defendant IRMA GONZALEZ

STIPULATION Re: SPEEDY TRIAL ACT;
[PROPOSED] FINDINGS AND ORDER

2

Dated: November 1, 2013                      /s/ Olaf Hedberg
                                             Olaf Hedberg
                                             Counsel for Defendant
                                             GERMAN GONZALEZ VELAZQUEZ


Dated: November 1, 2013                      /s/ Dina Santos
                                             Dina Santos Counsel for Defendant
                                             MAURICIO PORTILLO


Dated: November 1, 2013                      /s/ Gilbert Roque
                                             Gilbert Roque
                                             Counsel for Defendant
                                             GUADALUPE REYES ONTIVEROS


## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 4th day of November, 2013

                                             /s/ John A. Mendez
                                             THE HONORABLE JOHN A. MENDEZ
                                             UNITED STATES DISTRICT JUDGE