Dina L. Santos, SBN 204200
A Professional Law Corporation
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
MAURICIO PORTILLO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>MAURICIO PORTILLO<br>IRMA ANACANI GONZALEZ,<br>                Defendants | CASE NO.  11-CRS-096 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER TO CONTINUE CASE TO 7/8/14 AT 9:30 A.M. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Mauricio Portillo, and defendant Irma Anacani Gonzalez, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on May 13, 2014.

2. By this stipulation, defendant now moves to continue the status conference until July 8, 2014, and to exclude time between May 13, 2014, and July 8, 2014, under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Counsel for defendants desire additional time to investigate Mr. Portillo's criminal history which is necessary to evaluate whether or not Mr. Portillo will qualify for safety valve, consult with the clients about recent drafts of plea agreements, continue to conduct investigation, and to otherwise prepare for trial.

Stip. & [Proposed] Order Continuing Status Conf. &
Excluding Time Periods Under Speedy Trial Act

1

b) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

c) The government does not object to the continuance.

d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 13, 2013, to July 8, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 9, 2014                    BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ Paul Hemesath
                                      PAUL HEMESATH
                                      Assistant United States Attorney

Dated: May 9, 2014                    /s/   Ken Gifford
                                      KEN GIFFORD, ESQ.
                                      Attorney for Irma Anacani Gonzalez

Dated: May 9, 2014                    /s/   Dina L. Santos
                                      DINA SANTOS, ESQ.
                                      Attorney for Mauricio Portillo

Stip. & [Proposed] Order Continuing Status Conf. &         2
Excluding Time Periods Under Speedy Trial Act

1  ////
2  ///
3  //
4  /

**ORDER**

IT IS SO FOUND AND ORDERED this 9th day of May, 2014

/s/ JOHN A. MENDEZ
_____
HON. John A. Mendez
UNITED STATES DISTRICT JUDGE