Dina L. Santos, SBN 204200
A Professional Law Corporation
428 J Street, Suite 359
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
MAURICIO PORTILLO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MAURICIO PORTILLO,<br>IRMA GONZALEZ<br><br>　　　　　　　Defendants | CASE NO. 11-CRS-096 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER TO CONTINUE CASE TO 9/23/14 AT 9:30 A.M. |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Mauricio Portillo, by and through his counsel of record, and defendant Irma Gonzalez, by and through her Counsel of Record, hereby stipulate as follows:

　　1.　By previous order, this matter was set for status on August 5, 2014.

　　2.　By this stipulation, defendant now moves to continue the status conference until September 22, 2014, and to exclude time between August 5, 2014, and September 23, 2014 at 9:30 a.m., under Local Code T4. Plaintiff does not oppose this request.

　　3.　The parties agree and stipulate, and request that the Court find the following:

　　　　a)　Counsel for defendants and the Government desire additional time to investigate Mr. Portillo's criminal history which is necessary to evaluate whether or not Mr. Portillo will qualify for safety valve, continue to conduct investigation, continue to engage in negotiations with the Government in an effort to reach a plea agreement, and to otherwise prepare for trial. It

should be noted that the Probation Department is assisting both Counsel in trying to resolve Mr. Portillo's criminal history.

      b)     Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      c)     The government does not object to the continuance.

      d)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      e)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 5, 2014, to September 23, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 1, 2014                                     BENJAMIN B. WAGNER
                                                                             United States Attorney

                                                                             /s/ Paul Hemesath
                                                                             PAUL HEMESATH
                                                                             Assistant United States Attorney

| Dated: August 1, 2014 | /s/ Dina L. Santos |
|---|---|
| | DINA SANTOS, ESQ. |
| | Attorney for Mauricio Portillo |

| Dated: August 1, 2014 | /s/ Don Masuda |
|---|---|
| | DON MASUDA, ESQ. |
| | Attorney for Irma Gonzalez |

////

///

//

/

**ORDER**

IT IS SO FOUND AND ORDERED this 4th day of August, 2014

/s/ John A. Mendez

Hon. John A. Mendez
UNITED STATES DISTRICT COURT JUDGE

Stip. & [Proposed] Order Continuing Status Conf. &
Excluding Time Periods Under Speedy Trial Act

3