1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7
8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:11 CR 00096 JAM |
|---|---|
12 | Plaintiff, | AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
13 | v. | |
14 | MAURICIO PORTILLO, AND IRMA GONZALEZ, | DATE: September 23, 2014
TIME: 9:30 a.m.
COURT: Hon. John A. Mendez |
15 | Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on September 23, 2014.

2. By this stipulation, defendants now move to continue the status conference until October 21, 2014 at 9:30 a.m., and to exclude time between September 23, 2014, and October 21, 2014 at 9:30 a.m., under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes hundreds of pages of written reports, three data-intensive wiretap discs, and dozens of images. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendants desire additional time to consult with their respective clients, review the evidence, and weigh the possibility of settlement. Furthermore, the parties are

STIPULATION RE: SPEEDY TRIAL ACT;                    1
[PROPOSED] FINDINGS AND ORDER

waiting for a pre-report from the United States Probation Office.

        c)     Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)     The government does not object to the continuance.

        e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 23, 2014 to October 21, 2014 at 9:30 a.m., inclusive, is deemed excludable pursuant to excluded under 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), corresponding to Local Codes T2 [complex case] and T4 [reasonable time for defense counsel to prepare], because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 22, 2014                         BENJAMIN B. WAGNER
                                                        United States Attorney

                                                        /s/ PAUL A. HEMESATH
                                                        PAUL A. HEMESATH
                                                         Assistant United States Attorney

Dated:  September 22, 2014                         /s/ Donald Masuda
                                                       Donald Masuda
                                                        Counsel for Defendant IRMA GONZALEZ

Dated:  September 22, 2014        /s/ Dina Santos
                                  Dina Santos Counsel for Defendant
                                  MAURICIO PORTILLO

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 22nd day of September, 2014.

                                  /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE

STIPULATION Re: SPEEDY TRIAL ACT;
[PROPOSED] FINDINGS AND ORDER

3