BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAURICIO PORTILLO, AND<br>IRMA GONZALEZ,<br><br>Defendants. | CASE NO. 2:11-CR-00096 JAM<br><br>AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: December 2, 2014<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1. By previous order, this matter was set for status on December 2, 2014.

2. By this stipulation, defendants now move to continue the status conference until January 6, 2015 at 9:30 a.m., and to exclude time between December 2, 2014, and January 6, 2015 at 9:30 a.m., under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes hundreds of pages of written reports, three data-intensive wiretap discs, and dozens of images. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) With regard to defendant Portillo, The United States Probation Office filed a pre-plea PSR on October 16, 2014. The parties require time to determine the effect of these

STIPULATION Re: SPEEDY TRIAL ACT;
[PROPOSED] FINDINGS AND ORDER

1

conclusions as they apply to the facts of the case, defendant's chances at trial, and a potential settlement.

   c) Counsel for defendants desire additional time to consult with their respective clients, review the evidence, and weigh the possibility of settlement.

   d) Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   e) The government does not object to the continuance.

   f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 2, 2014 to January 6, 2015 at 9:30 a.m., inclusive, is deemed excludable pursuant to excluded under 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), corresponding to Local Codes T2 [complex case] and T4 [reasonable time for defense counsel to prepare], because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 26, 2014         BENJAMIN B. WAGNER
                      United States Attorney

                      /s/ PAUL A. HEMESATH
                      PAUL A. HEMESATH
                      Assistant United States Attorney

STIPULATION Re: SPEEDY TRIAL ACT;
[PROPOSED] FINDINGS AND ORDER

Dated:  November 26, 2014                     /s/ Donald Masuda
                                              Donald Masuda
                                              Counsel for Defendant IRMA GONZALEZ


Dated:  November 26, 2014                     /s/ Dina Santos
                                              Dina Santos Counsel for Defendant
                                              MAURICIO PORTILLO


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 26th day of November, 2014.


                                              /s/ John A. Mendez
                                              THE HONORABLE JOHN A. MENDEZ
                                              UNITED STATES DISTRICT COURT JUDGE

STIPULATION RE: SPEEDY TRIAL ACT;
[PROPOSED] FINDINGS AND ORDER

3