1  BENJAMIN B. WAGNER
   United States Attorney
2  PAUL A. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7
8
   IN THE UNITED STATES DISTRICT COURT
9
   EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,            CASE NO. 2:11 CR 00096 JAM

12                 Plaintiff,            STIPULATION REGARDING EXCLUDABLE
                                         TIME PERIODS UNDER SPEEDY TRIAL ACT;
13         v.                            FINDINGS AND ORDER

14 IRMA GONZALEZ,                        DATE: January 6, 2015
                                         TIME: 9:30 a.m.
15                 Defendant.            COURT: Hon. John A. Mendez

16

17                                   **STIPULATION**

18     1.     By previous order, this matter was set for status on January 5, 2015.

19     2.     By this stipulation, defendants now move to continue the status conference until March 3,

20 2015 at 9:30 a.m., and to exclude time between January 5, 2015, and March 3, 2015 at 9:30 a.m., under

21 Local Code T4.

22     3.     The parties agree and stipulate, and request that the Court find the following:

23            a)     The government has represented that the discovery associated with this case

24 includes hundreds of pages of written reports, three data-intensive wiretap discs, and dozens of

25 images. All of this discovery has been either produced directly to counsel and/or made available

26 for inspection and copying.

27            b)     Counsel for defendants desire additional time to consult with their respective

28 clients, review the evidence, and weigh the possibility of settlement.

c) Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 5, 2015 to March 3, 2015 at 9:30 a.m., inclusive, is deemed excludable pursuant to excluded under 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), corresponding to Local Codes T2 [complex case] and T4 [reasonable time for defense counsel to prepare], because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 5, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ PAUL A. HEMESATH
PAUL A. HEMESATH
Assistant United States Attorney

Dated: January 5, 2015

/s/ Donald Masuda
Donald Masuda
Counsel for Defendant IRMA GONZALEZ

STIPULATION Re: SPEEDY TRIAL ACT;
[PROPOSED] FINDINGS AND ORDER

2

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 5th day of January, 2015.

                /s/ John A. Mendez
              THE HONORABLE JOHN A. MENDEZ
              UNITED STATES DISTRICT JUDGE