BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:11 CR 00096 JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER |
| v. | |
| IRMA GONZALEZ, | DATE: March 3, 2015 TIME: 9:30 a.m. COURT: Hon. John A. Mendez |
| Defendant. | |

**STIPULATION**

1.    By previous order, this matter was set for status on March 3, 2015.

2.    By this stipulation, defendants now move to continue the status conference until April 28, 2015 at 9:15 a.m., and to exclude time between March 3, 2015, and April 28, 2015 at 9:15 a.m., under Local Code T4.

3.    The parties agree and stipulate, and request that the Court find the following:

    a)    The government has represented that the discovery associated with this case includes hundreds of pages of written reports, three data-intensive wiretap discs, and dozens of images.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b)    Counsel for defendants desire additional time to consult with their respective clients, review the evidence, and weigh the possibility of settlement.

c)     Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)     The government does not object to the continuance.

e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 3, 2015 to April 28, 2015 at 9:15 a.m., inclusive, is deemed excludable pursuant to excluded under 18 U.S.C. sections 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T4 (reasonable time for defense counsel to prepare), because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  February 27, 2015                BENJAMIN B. WAGNER
                                    United States Attorney


                                    /s/ PAUL A. HEMESATH
                                    PAUL A. HEMESATH
                                    Assistant United States Attorney


Dated:  February 27, 2015                /s/ Donald Masuda
                                      Donald Masuda
                                      Counsel for Defendant IRMA GONZALEZ

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 2nd day of March, 2015.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE