BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:11 CR 00096 JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| IRMA GONZALEZ, | DATE: June 2, 2015 TIME: 9:30 a.m. COURT: Hon. John A. Mendez |
| Defendant. | |

## STIPULATION

1. By previous order, this matter was set for status on June 2, 2015.

2. By this stipulation, defendants now move to continue the status conference until June 23, 2015 at 9:15 a.m., and to exclude time between June 2, 2015, and June 23, 2015 at 9:15 a.m., under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a)     The government has represented that the discovery associated with this case includes hundreds of pages of written reports, three data-intensive wiretap discs, and dozens of images.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b)     Counsel for defendants desire additional time to consult with their respective clients, review the evidence, and weigh the possibility of settlement.

1    c)    Counsel for defendants believe that failure to grant the above-requested

2 continuance would deny counsel the reasonable time necessary for effective preparation, taking

3 into account the exercise of due diligence.

4    d)    The government does not object to the continuance.

5    e)    Based on the above-stated findings, the ends of justice served by continuing the

6 case as requested outweigh the interest of the public and the defendant in a trial within the

7 original date prescribed by the Speedy Trial Act.

8    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

9 et seq., within which trial must commence, the time period of June 2, 2015 to June 23, 2015 at

10 9:15 a.m., inclusive, is deemed excludable pursuant to excluded under 18 U.S.C. sections

11 3161(h)(7)(A) and (B)(iv), corresponding to Local Code T4 (reasonable time for defense counsel

12 to prepare), because it results from a continuance granted by the Court at defendants' request on

13 the basis of the Court's finding that the ends of justice served by taking such action outweigh the

14 best interest of the public and the defendant in a speedy trial.

15    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

16 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

17 must commence.

18    IT IS SO STIPULATED.

19

20 Dated:  June 1, 2015                    BENJAMIN B. WAGNER
                                          United States Attorney

21

22                                        /s/ PAUL A. HEMESATH
                                          PAUL A. HEMESATH

23                                        Assistant United States Attorney

24

25 Dated:  June 1, 2015                   /s/ Donald Masuda

26                                        Donald Masuda
                                          Counsel for Defendant IRMA GONZALEZ

27

28

STIPULATION RE: SPEEDY TRIAL ACT;                        2
[PROPOSED] FINDINGS AND ORDER

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 1st day of June,  2015.

_/s/ John A. Mendez_
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE