BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-096 JAM |
| Plaintiff, | ORDER GRANTING GOVERNMENT'S UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE |
| v. | |
| IRMA ANACANI GONZALEZ, | |
| Defendant. | |

For the reasons set forth in the unopposed motion to dismiss filed by the United States,

**IT IS HEREBY ORDERED** that:

The charges against Irma Anacani Gonzalez in the above captioned case are hereby DISMISSED, pursuant to Federal Rule of Criminal Procedure 48(a), without prejudice.

Dated:     3/28/2016                              /s/ John A. Mendez
                                                  JOHN A. MENDEZ
                                                  U.S. DISTRICT COURT JUDGE