KENNY N. GIFFARD, State Bar No. 101727
Attorney at Law
2865 Sunrise Boulevard, Suite 218
Rancho Cordova, California 95742
Telephone: (916) 631-4226
kengiffard@aol.com

Attorney for Defendant
IRMA ANACANI GONZALEZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00096-JAM |
| Plaintiffs, | **STIPULATION AND ORDER EXONERATING BOND** |
| vs. | |
| IRMA ANACANI GONZALEZ, et al, | |
| Defendants. _____/ | |

      On or about May 2, 2011, defendant Irma Anacani Gonzalez was released on a $200,000 secured appearance bond.  Pursuant to the court's order, the court received a Deed of Trust for real property owned by Nicolas Moreno and another Deed of Trust for real property owned by Regelio Lopez and Adriana Meza de Lopez, as collateral for the bond.  This was noted in the Court=s Docket as entries 65, 67, 68 and 70.

      On or about March 28, 2016, the government through counsel brought a motion to dismiss the charges *without prejudice* as against Ms. Gonzalez.  Thereafter, on March 29, 2016, the Court made its Order granting the motion to dismiss.  Such actions were noted in the Court=s Docket as entries 355 and 356.

      As the criminal matter as against Ms. Gonzalez has concluded with the

1
_____
STIPULATION AND ORDER EXONERATING BOND

dismissal, the parties stipulate that the appearance bond be exonerated and that the deeds of trust securing the bond be reconveyed.

Dated: August 26, 2020

/s/ Kenny N. Giffard
_____
KENNY N. GIFFARD
Attorney for Defendant
IRMA ANACANI GONZALEZ

Dated: August 26, 2020

/s/ Paul A. Hemesath
_____
PAUL A. HEMESATH
Assistant United States Attorney

**ORDER**

Pursuant to the above stipulation, **IT IS ORDERED** that Ms. Gonzalez's release bond is exonerated and the Clerk is directed to reconvey the collateral received on her behalf.  (Docket entries 68 and 70.)

Dated:  August 27, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER EXONERATING BOND